UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| WILLIAM H. EVANS, JR., : | Case No. 1:14-cv-912 |
| Petitioner, : | Judge Timothy S. Black |
| : | Magistrate Judge Stephanie K. Bowman |
| vs. : | |
| UNITED STATES MARSHAL : | |
| SERVICE, *et al.*, : | |
| Respondents. : | |

**DECISION AND ENTRY**
**ADOPTING THE REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 35)**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on October 6, 2016, submitted a Report and Recommendation. (Doc. 35). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendations should be and is hereby adopted in its entirety. Accordingly, **IT IS ORDERED** that Petitioner's petition for writ of habeas corpus (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution. The

Clerk shall enter Judgment accordingly, whereupon this case shall be **TERMINATED** in this Court.

**IT IS SO ORDERED**.

Date: 10/27/16

s/ Timothy S. Black
Timothy S. Black
United States District Judge